PER CURIAM.
Affirmed. Rosenthal v. Largo Land Co., 146 Fla. 81, 200 So. 233 (1941); Smith v. Smith, 143 Fla. 159, 196 So. 409 (1940); Warner v. Watson, 35 Fla. 402, 17 So. 654 (1895); Hiestand v. Geier, 396 So.2d 744 (Fla. 3d DCA), pet. for rev. denied, 407 So.2d 1103 (Fla.1981); Sharp v. Sharp, 185 So.2d 508 (Fla. 2d DCA 1966); Revell v. Crews, 97 So.2d 336, 339 (Fla. 2d DCA 1957), cert. denied, 101 So.2d 817 (Fla.1958).